TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
DIEGO LISANDRO RODRIGUEZ JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIEGO LISANDRO RODRIGUEZ JIMENEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>DIEM LE dba LE'S AUTO REPAIR,<br><br>             Defendant. | Case No.  14-CV-01221 EJD<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

The parties have settled this case.  Plaintiff hereby requests that his case be dismissed with prejudice, with the Court to retain jurisdiction until February 28, 2016 to enforce the settlement agreement.

Dated: October 17, 2014                    *//s//Huy Tran//s//*
                                                            Huy Tran
                                                            JUSTICE AT WORK LAW GROUP
                                                            Attorneys for Plaintiff
                                                            DIEGO LISANDRO RODRIGUEZ JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIEGO LISANDRO RODRIGUEZ JIMENEZ,<br><br>   Plaintiff,<br><br>v.<br><br>DIEM LE dba LE'S AUTO REPAIR,<br><br>   Defendant. | Case No.  14-CV-01221 EJD<br><br>[~~Proposed~~] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE |

Based on good cause shown and request by Plaintiff, the Court hereby orders this matter dismissed in its entirety with prejudice.  The Court shall retain jurisdiction until February 28, 2016 to enforce the terms of the settlement agreement.

The Clerk shall close this file.

Dated:  10/21/2014

_____
United States District Judge
EDWARD J. DAVILA